UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., and ZILLOW, INC.,<br><br>Defendants. | Case No.: 2:20-cv-01130<br><br>NOTICE OF RELATED CASE<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF RELATED CASE**

Plaintiff International Business Machines Corporation submits this Notice of Related Case pursuant to Local Rules W.D. Wash. LCR 3(g). The related case is *International Business Machines Corp. v. Zillow Group, Inc.*, No. 2:20-cv-00851-TSZ, proceeding in the United States District Court for the Western District of Washington before The Honorable Thomas S. Zilly. The parties are the same in this case and the related case. Both are cases for patent infringement, although the allegations arise from different patents.

NOTICE OF RELATED CASE - 1
Case No. 2:20-cv-01130

| | |
|---|---|
| 1 | DATED: July 21, 2020 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/Arthur W. Harrigan, Jr.*
By: *s/Tyler L. Farmer*
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    Fax: (206) 623-8717
    Email: arthurh@harriganleyh.com
    Email: tylerf@harriganleyh.com

DESMARAIS LLP
    John M. Desmarais (*pro hac vice to be filed*)
    Karim Z. Oussayef (*pro hac vice to be filed*))
    Brian D. Matty (*pro hac vice to be filed*)
    Brian Leary (*pro hac vice to be filed*)
    Alexandra E. Kochian (*pro hac vice to be filed*)
    John Dao (*pro hac vice to be filed*))
    Jun Tong (*pro hac vice to be filed*)
    230 Park Avenue, 26th Floor
    New York, NY 10169
    Tel: (212) 351-3400
    Fax: (212) 351-3401
    Email: jdesmarais@desmaraisllp.com
    Email: koussayef@desmaraisllp.com
    Email: bmatty@desmaraisllp.com
    Email: bleary@desmaraisllp.com
    Email: akochian@desmaraisllp.com
    Email: jdao@desmaraisllp.com
    Email: jtong@desmaraisllp.com

*Attorneys for International Business Machines Corporation*

NOTICE OF RELATED CASE - 2
Case No. 2:20-cv-01130

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700 FAX (206) 623-8717