UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS MACHINES CORPORATION,

    Plaintiff,

v.

ZILLOW GROUP, INC.; and ZILLOW, INC.,

    Defendants.

C20-1130 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 25, the deadline for defendants to file a responsive pleading or motion is EXTENDED to September 14, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1