# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>ZILLOW GROUP, INC.; and ZILLOW, INC.,<br><br>                Defendants. | C20-851 TSZ |
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>                Plaintiff,<br><br>   v.<br><br>ZILLOW GROUP, INC.; and ZILLOW, INC.,<br><br>                Defendants. | C20-1130 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In each of these cases, the parties have submitted Stipulated Protective Orders for the Court's approval. *See* Stipulation (docket no. 129 in C20-851); Stipulation (docket no. 29 in C20-1130). The Court will enter the parties' proposed Stipulated Protective Orders subject to the requirements of Paragraph 2, below.

(2) Notwithstanding Paragraph 14.4 of each Stipulated Protective Order, the following provision shall apply:

> <u>Filing Protected Material</u>. If a party wishes to use "confidential" or "protected" documents or information to support or oppose a motion, the following procedures shall apply. Counsel shall meet and confer before

MINUTE ORDER - 1

filing documents under seal.  During the meet-and-confer process, counsel shall explore the options of removing the confidential designation and/or redacting the protected portions of the document at issue.  To the extent possible, counsel shall submit, along with any document filed under seal, a stipulation and proposed order reciting the reasons for sealing the document.  *See* Local Civil Rule 5(g); *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Inc. Co.*, 331 F.3d 1122 (9th Cir. 2003).  If counsel cannot reach agreement, then a properly noted motion to seal must be filed *contemporaneously* with the sealed document.  If the party wishing to submit the material is not the party designating the material as confidential, the party wishing to submit the material shall provide at least seven (7) days' notice to the other party(ies), so that a motion to seal, if necessary, may be prepared by the designating party and filed *at the same time* as the material is submitted under seal to the Court.  Counsel shall use the Case Management and Electronic Case Files ("CM/ECF") system to present materials under seal; counsel shall not provide original sealed materials to chambers and shall not provide working copies to chambers unless the materials are voluminous and working copies would otherwise be required under Local Civil Rule 10(e)(9).  In association with any stipulation or motion to seal, the parties shall bring to the Court's attention the requested disposition of the confidential document in the event the stipulation or motion to seal is denied.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of August, 2020.

               William M. McCool
               Clerk

               s/Karen Dews
               Deputy Clerk