HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; and ZILLOW, INC.,<br><br>Defendants. | 2:20-cv-01130-TSZ<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 7, 2021** |

The parties, International Business Machines Corporation (IBM) and Zillow Group, Inc. and Zillow, Inc. (Zillow), hereby move pursuant to LCR 7(d)(1) for an extension of some of the deadlines set in the Court's October 6, 2021 Minute Order (Dkt. 51). Specifically, the parties request that the deadline for IBM to file its infringement contentions be extended from October 29, 2021 to November 19, 2021, and that the deadline for Zillow to file its invalidity and non-infringement contentions be extended from November 19, 2021 to January 7, 2022.

This case has been stayed since December 23, 2020. The parties jointly make this request in order to allow each party sufficient time to prepare the respective contentions. The requested extension of time will not impact any other deadline in the case.

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES- 1
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 7th day of October, 2021.

| SUSMAN GODFREY LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/Ian B. Crosby* <br> By: *s/Daniel Shih* <br> By: *s/Edgar G. Sargent* <br> By: *s/Katherine Peaslee* <br> Ian B. Crosby, WSBA #28461 <br> Daniel Shih, WSBA #37999 <br> Edgar G. Sargent, WSBA #28283 <br> Katherine Peaslee, WSBA #52881 <br> 1201 Third Avenue, Suite 3800 <br> Seattle, WA  98101 <br> Tel:  (206) 516-3880 <br> Fax: (206) 516-3883 <br> Email:  icrosby@susmangodfrey.com <br> Email:  dshih@susmangodfrey.com <br> Email:  esargent@susmangodfrey.com <br> Email:  kpeaslee@susmangodfrey.com <br><br> *Attorneys for Zillow Group Inc. and Zillow, Inc.* | By: *s/Arthur W. Harrigan, Jr.* <br> By: *s/Tyler L. Farmer* <br> Arthur W. Harrigan, Jr., WSBA #1751 <br> Tyler L. Farmer, WSBA #39912 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA  98104 <br> Tel:  (206) 623-1700 <br> Fax: (206) 623-8717 <br> Email:  arthurh@harriganleyh.com <br> Email:  tylerf@harriganleyh.com <br><br> DESMARAIS LLP <br> John M. Desmarais (*pro hac vice*) <br> Karim Z. Oussayef (*pro hac vice*) <br> Brian D. Matty (*pro hac vice*) <br> Brian Leary (*pro hac vice*) <br> Alexandra E. Kochian (*pro hac vice*) <br> John Dao (*pro hac vice*) <br> Jun Tong (*pro hac vice*) <br> 230 Park Avenue, 26th Floor <br> New York, NY 10169 <br> Tel:  (212) 351-3400 <br> Fax: (212) 351-3401 <br> Email:  jdesmarais@desmaraisllp.com <br> Email:  koussayef@desmaraisllp.com <br> Email:  bmatty@desmaraisllp.com <br> Email:  bleary@desmaraisllp.com <br> Email:  akochian@desmaraisllp.com <br> Email:  jdao@desmaraisllp.com <br> Email:  jtong@desmaraisllp.com <br><br> *Attorneys for International Business Machines Corporation* |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES- 2
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1   PURSUANT TO THE PARTIES' STIPULATED MOTION, IT IS SO ORDERED.

2   DATED:_____

3

4                                        _____
                                         The Honorable Thomas S. Zilly
                                         United States District Court Judge

5   Presented by:

6   HARRIGAN LEYH FARMER & THOMSEN LLP

7   By: *s/Arthur W. Harrigan, Jr.*
    By: *s/Tyler L. Farmer*
8        Arthur W. Harrigan, Jr., WSBA #1751
         Tyler L. Farmer, WSBA #39912
9        999 Third Avenue, Suite 4400
         Seattle, WA  98104
10       Tel:  (206) 623-1700
         Fax: (206) 623-8717
11       Email:  arthurh@harriganleyh.com
         Email:  tylerf@harriganleyh.com
12

13  DESMARAIS LLP
         John M. Desmarais (*pro hac vice*)
14       Karim Z. Oussayef (*pro hac vice*)
         Brian D. Matty (*pro hac vice*)
15       Brian Leary (*pro hac vice*)
         Alexandra E. Kochian (*pro hac vice*)
16       John Dao (*pro hac vice*)
         Jun Tong (*pro hac vice*)
17       230 Park Avenue, 26th Floor
         New York, NY 10169
18       Tel:  (212) 351-3400
         Fax: (212) 351-3401
19       Email:  jdesmarais@desmaraisllp.com
         Email:  koussayef@desmaraisllp.com
20       Email:  bmatty@desmaraisllp.com
         Email:  bleary@desmaraisllp.com
21       Email:  akochian@desmaraisllp.com
         Email:  jdao@desmaraisllp.com
22       Email:  jtong@desmaraisllp.com
23
    *Attorneys for International Business Machines Corporation*
24

25

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES- 3
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

1  SUSMAN GODFREY LLP

2  By: *s/Ian B. Crosby*
   By: *s/Daniel Shih*
3  By: *s/Edgar G. Sargent*
   By: *s/Katherine Peaslee*
4
       Ian B. Crosby, WSBA #28461
5      Daniel Shih, WSBA #37999
       Edgar G. Sargent, WSBA #28283
6      Katherine Peaslee, WSBA #52881
       1201 Third Avenue, Suite 3800
7      Seattle, WA 98101
       Tel: (206) 516-3880
8      Fax: (206) 516-3883
       Email: icrosby@susmangodfrey.com
9      Email: dshih@susmangodfrey.com
       Email: esargent@susmangodfrey.com
10     Email: kpeaslee@susmangodfrey.com

11  *Attorneys for Zillow Group Inc. and Zillow, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND
DEADLINES- 4
(Case No. 2:20-cv-01130-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717