# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

INTERNATIONAL BUSINESS MACHINES CORPORATION,

          Plaintiff,

  v.

ZILLOW GROUP, INC.; and ZILLOW, INC.,

          Defendants.

C20-1130 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for leave to amend, docket no. 54, is treated as a motion for voluntary dismissal of the fourth claim set forth in the Amended Complaint, docket no. 36, and is GRANTED. The fourth claim, alleging infringement of U.S. Patent No. 9,569,414, is DISMISSED without prejudice. The Amended Complaint, docket no. 36, remains the operative pleading, and the deadlines set forth in the Minute Order entered October 6, 2021, docket no. 51, remain in full force and effect, except as previously amended.

(2) Plaintiff is DIRECTED to show cause within fourteen (14) days of the date of this Minute Order why this action should not be dismissed without prejudice for failure to comply with the November 19, 2021, deadline for filing infringement contentions, which was initially set for an earlier date by Minute Order entered October 6, 2021, docket no. 51, and extended on October 12, 2021, pursuant to the stipulation of the parties.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2021.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 2