UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>ZILLOW GROUP, INC.; and ZILLOW, INC.,<br><br>           Defendants. | C20-851 TSZ |
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>ZILLOW GROUP, INC.; and ZILLOW, INC.,<br><br>           Defendants. | C20-1130 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Pursuant to the parties' stipulation, docket no. 252 in Case No. C20-851, plaintiff's First, Sixth, and Seventh Claims in Case No. C20-851, relating to U.S. Patents Nos. 7,072,849 ("the '849 Patent"), 7,076,443 ("the '443 Patent"), and 8,315,904 ("the '904 Patent"), are DISMISSED with prejudice. Defendants' counterclaims relating to the '849, '443, and '904 Patents are DISMISSED without prejudice.

(2)   Pursuant to the parties' stipulation, docket no. 84 in Case No. C20-1130, plaintiff's Third Claim in Case No. C20-1130, relating to U.S. Patent No. 7,543,234 ("the

MINUTE ORDER - 1

'234 Patent"), is DISMISSED with prejudice.  Plaintiff's other claims having already been dismissed, see Minute Order at ¶ 1 (docket no. 55); Order (docket no. 66); Mandate (docket no. 82), no responsive pleading having been filed, no counterclaim having been asserted, and no issue remaining in this matter for the Court's consideration, the Clerk is DIRECTED to CLOSE Case No. C20-1130.

(3)     With regard to plaintiff's sole remaining claim, namely the Second Claim in Case No. C20-851, relating to U.S. Patent No. 7,631,346, and defendants' associated counterclaims, Case No. C20-851 remains STAYED pending the resolution of *Ebates Performance Marketing, Inc. d/b/a Rakuten Rewards v. International Business Machines Corp.*, Nos. 24-1170, 24-1238, & 24-1274 (consolidated).  The parties are DIRECTED to file a Joint Status Report within fourteen (14) days after the Federal Circuit issues any substantive decision.

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of March, 2024.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2